# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOYD J. HEBERT, III AND
CAROLINE D. HEBERT

NO.  2020 CW 0650

VERSUS

RICHARD A. THALHEIM, JR. AND
CAROLYN H. THALHEIM

**JULY 28, 2020**

---

In Re:    Richard  A.  Thalheim,  Jr.  and  Carolyn  H.  Thalheim,
          applying for supervisory writs, 17th Judicial District
          Court, Parish of Lafourche, No. 140020.

---

BEFORE:    **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT GRANTED IN PART WITH ORDER AND DENIED IN
PART.**  The trial court's July 14, 2020 order which denied the
motion  to  continue  trial  filed  by  defendants,  Richard  A.
Thalheim,  Jr.  and  Carolyn  H.  Thalheim,  is  vacated.    Despite
defendants' request for a hearing on their motion to continue,
the trial court denied the motion ex parte without a hearing.
La. Code Civ. P. art. 963 provides that if the order applied for
by  written  motion  is  one  to  which  the  mover  is  not  clearly
entitled, or which requires supporting proof, the motion shall
be served on and tried contradictorily with the adverse party.
This matter is remanded to the trial court with instructions to
conduct  a  contradictory  hearing  on  defendants'  motion  to
continue the trial.   The writ application is denied as to the
denial of the motion for summary judgment filed by defendants,
Richard A. Thalheim, Jr. and Carolyn H. Thalheim.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
FOR THE COURT